# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 02, 2025

Mr. Ivan L. Land Sr.
Law Offices of Ivan L. Land
25900 Greenfield Road
Suite 210
Oak Park, MI 48237

Mr. Gregory Bradford Paddison
City Of Detroit
Law Department
2 Woodward Avenue
Suite 500
Detroit, MI 48226

Re: Case No. 25-1788, *Porcha Woodruff v. City of Detroit, MI, et al*
Originating Case No. : 5:23-cv-11886

Dear Counsel,

This appeal has been docketed as case number **25-1788** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **September 16, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: James
Direct Dial No. 5135647019


Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 25-1788

PORCHA WOODRUFF

    Plaintiff - Appellant

v.

CITY OF DETROIT, MI

    Defendant

 and

LASHAUNTIA OLIVER

    Defendant - Appellee