UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-1788**

Case Title: **Porcha Woodruff** vs. **City of Detroit, et al**

List all clients you represent in this appeal:

**LaShauntia Oliver**

- ☐ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
- ☒ Appellee     ☐ Respondent    ☐ Intervenor            (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Sheri L. Whyte**          Signature: s/ **Sheri L. Whyte**

Firm Name: **City of Detroit Law Department**

Business Address: **2 Woodward Ave., Ste. 500**

City/State/Zip: **Detroit, MI  48226**

Telephone Number (Area Code): **(313) 237-3076**

Email Address: **whyts@detroitmi.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.